## MARX v. CRAIG.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

No counsel marked for appellant. R. J. McCLURE, for appellee.

Per curiam. Appeal dismissed.

---

## MILLER v. JOHNSON.

(Decided June 11, 1914.)

APPEAL from Crenshaw Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## MULLENS v. STATE.

(Decided May 21, 1914.)

APPEAL from Colbert Circuit Court.

Heard before Hon. C. P. ALMON.

JAMES JACKSON, and KIRK, CARMICHAEL & RATHER, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## OLDFIELD v. AMERICAN CAST IRON PIPE & FOUNDRY CO.

(Decided April 21, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for appellant. CABANISS & BOWIE, for appellee.

Per curiam. Appeal dismissed.